# NEW CRIMINAL CASE COVER SHEET      U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO     **DOCKET NUMBER:** 3:25-cr-155-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs DONALD CALVIN SAUNDERS et al

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** : U.S. v. HILL, 3:25-cr-143-MOC-DCK

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ⦿ Felony

18 U.S.C. § 371, 18 U.S.C. § 1347, 42 U.S.C. § 1320a-7b(b)(4), 18 U.S.C. § 1956(h), 18 U.S.C. § 1957, 18 U.S.C. § 2

**JUVENILE:** ◯ Yes   ⦿ No

**ASSISTANT U. S. ATTORNEY** : MICHAEL SAVAGE and GRAHAM BILLINGS

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**