# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Saunders et al

Case Number: 3:25-cr-155-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| One | 18 USC 371 | | 0-5 years imprisonment, $250,000 fine, 3 years supervised release |
| Two - Seven | 18 USC 1347 | | 0-10 years imprisonment, $250,000 fine, 3 years SR |
| Eight - Ten | 42 USC 1320a-7b(b)(4) | | 0-10 years imprisonment, $500,000 fine, 3 years SR |
| Eleven | 18 USC 1956(h) | | 0-20 years imprisonment, $500,000 fine or twice the value of the property involved, 3 years SR |
| Twelve - Fourteen | 18 USC 1957 | | 0-10 years imprisonment, $250,000 fine or twice the value of the property involved, 3 years SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE